**Appeal Dismissed and Memorandum Opinion filed March 26, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00041-CV

---

**IMAN-DEVAUGHN ELLIS, Appellant**

**V.**

**ONSITE PARKING SERVICES LLC, HARWIN AUTO STORAGE, AND RESERVE AT CREEKBEND, Appellees**

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1204004**

---

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed October 4, 2023. Appellant's notice of appeal was filed January 2, 2024.

The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1. Although appellant filed a motion for new trial with the trial court, the motion was not timely filed. *See* Tex. R. Civ. P. 329b(a) ("A motion for new trial, if filed,

shall be filed prior to or within thirty days after the judgment or other order complained of is signed.").

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On February 27, 2024, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.